UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY ELLIS                                                              CIVIL ACTION

VERSUS                                                                   NO. 09-3061

ROBERT CROWE ET AL.                                       SECTION "I" (2)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that all claims in plaintiff's complaint are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1), <u>except</u> his claim asserting baseless denial of his right to receive newspapers for a six-month period (which requires further proceedings).

New Orleans, Louisiana, this __18th__ day of February, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE